AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| GOKCE, Serkan | ) Case No.   8:25-MJ-117 (GLF) |
| | ) |
| Defendant. | ) |

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
APR 22 2025
AT_____ O'CLOCK_____
John M. Domurad, Clerk - Plattsburgh

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date(s) of April 18, 2025, in the county of Clinton in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(ii) | Transport and move or attempt to transport and move three aliens, knowing and in reckless disregard of the fact that the aliens had come to, entered, and remained in the United States in violation of the law, by means of transportation or otherwise, in furtherance of the alien's violation of law |

This criminal complaint is based on these facts:

☒   Continued on the attached sheet.

_____
Complainant's signature

Chase D. Beatty, Border Patrol Agent
_____
Printed name and title

Attested to be the affiant in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: APRIL 22, 2025

_____
Hon. Gary L. Favro, U.S. Magistrate Judge

City and State:   Plattsburgh, NY

## *United States of America v.* GOKCE, Serkan

On April 18, 2025, at approximately 2:48 a.m., Swanton Sector Communications (KAD 640) notified Champlain Border Patrol Agents they had received remote images of multiple people walking west to east on the dirt road of the intersection of Scriver and Bush Road in Mooers Forks, NY. Border Patrol Agents responded to the intersection of Scriver and Bush Road that is in close proximity to the international boundary and is frequently utilized by smugglers for illicit cross border activities.

Once agents arrived at the area where the remote images were taken, agents searched the nearby woods and encountered three people. The agents identified themselves as Border Patrol Agents and proceeded to conduct an immigration inspection on the people. All three of them freely admitted to being citizens and nationals of Turkey without the necessary legal documents to enter, pass through, or remain in the United States. The three people were apprehended near the intersection of Scriver and Bush Road.

Soon after, an agent was watching the intersection of Scriver and Bush Road when he observed a dark in color sedan slow down at Scriver Road and then suddenly accelerated westbound on Bush Road. The agent followed this vehicle as it drove west on Bush Road. Bush Road is a remote road which is infrequently travelled at night. Given the sequence of events, the vehicle's unusual driving pattern, and the location and time the agent initiated a vehicle stop at the intersection of Bush Road and Cannon Corners in order to conduct an immigration inspection of the vehicle's occupants.

The agent approached the vehicle, identified himself as a United States Border Patrol Agent, and proceeded to question the occupant as to their citizenship. The driver (later identified as GOKCE, Serkan) was questioned regarding his citizenship and reason for being in the area. GOKCE stated he was trying to go to Plattsburgh, NY. Where the vehicle stop was performed, GOKCE was about 40 minutes northwest of Plattsburgh, NY. Both the driver of the dark in color sedan and the people from the woods were transported to the Champlain Border Patrol Station.

At the station, everyone's biographical information and fingerprints were entered into Department of Homeland Security databases. It was revealed that the driver is a citizen and national of Turkey and he had previous immigration history within the United States. Record checks revealed that GOKCE had a previous encounter in El Paso, Texas by Border Patrol on April 10, 2022, and was processed as Warrant of Arrest/Notice to Appear.

The three people, D.C., H.C., and M.C., who had been arrested for entering illegally had a previous encounter with the Border Patrol. D.C., H.C., and M.C were all previously apprehended on March 28, 2023, in Tecate, California. D.C. was processed as a Warrant of Arrest/Notice to Appear. H.C. and M.C. were processed as Notice to Appear/Released. Department of Homeland Security databases verified they do not have legal status to be in the United States.

At the station, Champlain Border Patrol Agents issued D.C. his *Miranda* warning and he agreed to speak with agents without a lawyer. D.C. gave consent to search his phone. D.C. admitted he had previously crossed illegally into the United States from Mexico. D.C. left the United States to live and work in Canada. After living in Canada, D.C. wanted to come back to the United States. D.C. contacted a person named T.Y. who transported him from Montreal, Canada to the U.S./Canadian border. T.Y. arranged for his driver, GOKCE to pick up D.C., H.C., and M.C. in the United States. D.C. had to pay T.Y. $1,500 United States Dollar (USD) to transport D.C., H.C., and M.C. to the border and once picked up by GOKCE, D.C. would have to pay him another $1,500 USD. D.C. had $1,527 USD on his person when he was apprehended. D.C. was able to show agents via WhatsApp that he was in communication with GOKCE and T.Y. prior to crossing the border illegally. D.C. shared their location to GOKCE and GOKCE shared pin drops to D.C. in the direction of travel to the intersection of Bush Road and Scriver where D.C. was arrested and near where GOKCE was first spotted

*United States of America v.* **GOKCE, Serkan**

by Border Patrol Agents. As they traveled south into the U.S., D.C. was giving live location updates via WhatsApp. D.C. told agents that they were instructed a 2009 Honda Civic that appeared to be black would be their driver. GOKCE was driving a 2009 Grey Honda Civic near the location of D.C.'s apprehension with Border Patrol.